**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JEFFREY D. HILL,              :    No. 45 MM 2018

         Petitioner             :

            v.                  :

PA. JUDICIAL CONDUCT BOARD,    :

         Respondent        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of April, 2018, the Application for Leave to File Original process is GRANTED, and the "Writ of Quo Warranto - Mandamus" is DENIED.